422 A.2d 1174

Commonwealth v. Hewitt, Appellant.

Submitted March 12, 1979. Anthony S. Federico, Jr., for appellant; Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.

422 A.2d 1174

Commonwealth v. Lavender, Appellant.

Submitted December 8, 1978. John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.

SPAETH, J., concurred in the result.